No. 2023. EL PUEBLO, APELADO, *v.* RUBIO, APELANTE.— Infracción del artículo 288 del Código Penal. No. 2025. EL PUEBLO, APELADO, *v.* PÉREZ, APELANTE. Corte de Distrito de San Juan, Primer Distrito. Resueltos en febrero 23, 1923. Adulteración de leche. No habiendo radicado alegato alguno el apelante en estos casos, la corte resuelve en corte abierta desestimar la apelación.

No. 558. SUCESIONES DE IRIZARRY Y TORO, ET AL., RECURREN-TES, *v.* REGISTRADOR DE SAN GERMÁN, RECURRIDO.—Resuelto en febrero 23, 1923. Apareciendo de la escritura pública No. 2 otorgada por el notario Benito Forés Morazo en 5 de enero de 1923, que la finca objeto de la inscripción es propiedad privativa y no ganancial, siendo un documento fehaciente, se revoca la nota del registrador y se ordena la inscripción.

No. 2964. TOTTI ET AL., APELANTES-APELADOS, *v.* ANSORGE EXPORT COMPANY, APELANTE, APELADA.—Corte de Distrito de San Juan, Sección Primera. Resuelto en febrero 23, 1923. Daños y perjuicios. Examinada la moción de desestimación presentada por la demandante y los documentos que se acompañan, se declara con lugar y se desestima la apelación.

No. 2967. BUITRAGO, QUERELLADO Y APELADO, *v.* ASAMBLEA MUNICIPAL DE GUAYAMA, APELANTE.—Corte de Distrito de Guayama. Resuelto en marzo 5, 1923. Examinada la moción de desestimación del apelado y la certificación que se acompaña, visto el artículo 26, inciso 5 de la Ley Municipal vigente, según fué enmendada en 1921 y por los fundamentos del caso de *Rodríguez* v. *Comisión de Indemnizaciones a Obreros,* de noviembre 10, 1922, se desestima la apelación.